IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

NORTHERN DISTRICT OF TEXAS
**FILED**

MAY 1 4 2013

CLERK, U.S. DISTRICT COURT
By_____
                    Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | CASE NO.:  3:12-CR-426-M (05) |
| ) | |
| AARON ROBERT MARTELL ) | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

AARON ROBERT MARTELL, by consent, under authority of United States v. Dees, 125

F.3d 261 (5th Cir. 1997), has appeared before me pursuant to Fed. R. Crim.P. 11, and has entered

a plea of guilty to Count(s) 1 of the superseding Information, filed April 8, 2013. After cautioning

and examining  AARON ROBERT MARTELL under oath concerning each of the subjects

mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary and that

the offense(s) charged is supported by an independent basis in fact containing each of the essential

elements of such offense.  I therefore recommend that the plea of guilty, and the plea agreement, be

accepted, and that AARON ROBERT MARTELL be adjudged guilty and have sentence imposed

accordingly.

Date:   May 14, 2013

_____
RENÉE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE

## NOTICE

Failure to file written objections to this Report and Recommendation within ten (10) days
from the date of its service shall bar an aggrieved party from attacking such Report and
Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).